IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ASHLEY J., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | No. 3:25-CV-3234-X-BV |
| V. | § | |
| | § | |
| FRANK BISIGNANO, | § | |
| Commissioner of Social Security, | § | |
| | § | |
| *Defendant*. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. (Doc. 19). No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. The Commissioner's unopposed motion is **GRANTED** (Doc. 18), and the Court **REVERSES** the Commissioner's decision and **REMANDS** this case for further administrative proceedings in accordance with sentence four of 42 U.S.C. § 405(g).

**SO ORDERED** this 20th day of August, 2026.

BRANTLEY STARR
UNITED STATES DISTRICT JUDGE